UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-24437-JB

IKER ENRIQUE LOSADA MESA,

    Petitioner,

v.

PAMELA BONDI, *et al.*,

    Respondents.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal (the "Notice"), ECF No. [5], in which Plaintiff dismisses this action without prejudice. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 1st day of October, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE